Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

UST-32, 3-03

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| YAZZIE, LAURIN RALPH SR. | ) | CASE NO. 05-23206-PHX-RTB |
| YAZZIE, ARLENE S. | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lawrence J. Warfield, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1004 | 11/18/10 | Helig Meyers Master Trust<br>OSI Collection Services, Inc.<br>P.O. Box 96070<br>Charlotte, NC 28296-0070 | $19.32 |

*March 31, 2011*  */s/ Lawrence J. Warfield*
DATE  Lawrence J. Warfield, Trustee